**19SL-CC00596**

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| CYNTHIA M. ROHDE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| MORGAN SEMANISIN | ) |
| **Serve: 6938 Dauderman Rd.** | ) |
| **Alhambra, IL 62001** | ) |
| | ) Cause No: |
| and, | ) |
| | ) Division: |
| SAFECO INSURANCE COMPANY | ) |
| OF ILLINOIS, | ) |
| **Serve: Director of Insurance** | ) |
| **301 West High Street, Room 530** | ) |
| **Jefferson City, MO 65101** | ) |
| | ) |
| Defendant. | ) |

## PETITION

COMES NOW Plaintiff Cynthia M. Rohde ("Plaintiff"), by and through undersigned

counsel, and for her cause of action against Defendant Morgan Semanisin ("Defendant

Semanisin") and Defendant SAFECO Insurance Company of Illinois ("Defendant Safeco"),

alleges as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff is an individual who resides in St. Louis County, Missouri.

2. Defendant Semanisin is an individual who operated his motor vehicle in the State

of Missouri and committed the tortious acts alleged below in the State of Missouri.

3. Defendant Safeco is a corporation and insurance company in good standing,

registered and licensed to do business in the State of Missouri and engaged in the business of

selling general insurance, and particularly automobile bodily injury and liability insurance and

uninsured motorist bodily injury insurance, throughout the State of Missouri, with offices in the

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

State of Missouri, and which can be found and served through the Missouri Director of Insurance.

4.     Venue is proper in this Court pursuant to § 508.010, RSMo. because this Petition alleges a tort and Plaintiff was first injured in St. Louis County, Missouri, where the incident at issue occurred.

5.     On July 27, 2017, at or around 9:00 a.m., Defendant Semanisin was exiting the westbound lanes of Page Avenue and entering onto and merging with the northbound traffic on Interstate 270, both well-traveled, public roads located in St. Louis County, Missouri.

6.     At that same date and time, an unidentified individual operating an unidentified tractor-trailer (the "Phantom Driver") was traveling northbound on Interstate 270 and entered into the same lane into which Defendant Semanisin was merging.

7.     At that same date and time, Plaintiff was operating her motor vehicle in the northbound lanes of Interstate 270.

8.     At that same date and time, Defendant Semanisin's motor vehicle and the Phantom Driver's motor vehicle collided, causing Defendant Semanisin's motor vehicle to travel across one or more northbound lanes of Interstate 270 and violently collide with Plaintiff's motor vehicle, thereby tossing Plaintiff about her motor vehicle in violent, unexpected and unusual manner and causing her to suffer personal injuries.

**COUNT I**
**(Negligence – Defendant Semanisin)**

9.     Plaintiff incorporates the allegations stated in paragraphs 1 through 8 of this petition as if fully restated in this paragraph.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

10.     Defendant Semanisin owed Plaintiff a duty to operate his motor vehicle in conformance with all laws, rules and regulations governing the operation of motor vehicles and otherwise with the highest degree of care.

11.     Defendant Semanisin breached his duties owed to Plaintiff and was careless and negligent in one or more of the following respects:

    a.     Defendant Semanisin failed to keep a careful lookout ahead and laterally to discover the Phantom Driver's motor vehicle;

    b.     Defendant Semanisin failed to keep a careful lookout ahead and laterally to discover Plaintiff's motor vehicle;

    c.     Defendant Semanisin operated his motor vehicle at a rate of speed that was high, excessive, dangerous, and not reasonably safe under the prevailing circumstances and conditions;

    d.     Defendant Semanisin failed to keep a safe distance between his motor vehicle and the Phantom Driver's motor vehicle given the prevailing circumstances and conditions;

    e.     Defendant Semanisin failed to yield the right-of-way when merging into traffic;

    f.     Defendant Semanisin failed to stop, slacken speed, turn, or swerve his motor vehicle so to avoid the collision with the Phantom Driver's motor vehicle despite the fact that Defendant Semanisin could have done so and thereby avoided the collision;

    g.     Defendant Semanisin failed to stop, slacken speed, turn, or swerve his motor vehicle so to avoid the collision with Plaintiff's motor vehicle despite the fact that Defendant Semanisin could have done so and thereby avoided the collision; and

    h.     Defendant Semanisin crossed between lanes of traffic without first looking to make sure it was safe to do so.

12.     As a direct and proximate result of the carelessness and negligence of Defendant Semanisin, Defendant Semanisin's motor vehicle violently collided with Plaintiff's motor vehicle causing Plaintiff to be violently thrown about in an unusual and unexpected way and to thereby suffer damages, including but not limited to the following:

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

a.   Plaintiff sustained personal, physical injuries to her wrist, neck, spine and hip that required, require, and will in the future continue to require medical care and treatment;

b.   Plaintiff suffered, suffers and will in the future continue to suffer physical pain and mental anguish;

c.   Plaintiff's body has been, is, and will in the future continue to be limited, impaired and diminished, because her injuries are permanent and progressive;

d.   Plaintiff's ability to work and to labor has been, is, and will in the future continue to be impaired and diminished, resulting in Plaintiff suffering lost wages; and

e.   Plaintiff has incurred medical expenses for medicines, doctors, medical institutions, medical imaging, surgeries, physical therapy and other medical treatment and care and, in the future, will be required to expend additional sums for the same, the exact amount of which cannot be definitely ascertained at this time.

WHEREFORE Plaintiff Cynthia M. Rohde respectfully prays for judgment against Defendant Morgan Semanisin in an amount in excess of $25,000.00 that is fair and reasonable, plus post-judgment interest, plus her costs incurred herein, and for such other and further relief as the Court deems just and proper under the above-stated facts.

## COUNT II
### (Uninsured Motorist Coverage – Defendant Safeco)

13.   Plaintiff incorporates the allegations stated in paragraphs 1 through 8 of this petition as if fully restated in this paragraph.

14.   Phantom Driver owed Plaintiff a duty to operate his/her motor vehicle in conformance with all laws, rules and regulations governing the operation of motor vehicles and otherwise with the highest degree of care.

15.   Phantom Driver breached his/her duties owed to Plaintiff and was careless and negligent in one or more of the following respects:

a.   Phantom Driver failed to keep a careful lookout ahead and laterally to

4

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

        discover Defendant Semanisin's motor vehicle;

b.     Phantom Driver operated his/her motor vehicle at a rate of speed that was high, excessive, dangerous, and not reasonably safe under the prevailing circumstances and conditions;

c.     Phantom Driver failed to keep a safe distance between his/her motor vehicle and Defendant Semanisin's motor vehicle given the prevailing circumstances and conditions;

d.     Phantom Driver failed to yield the right-of-way to when changing lanes;

e.     Phantom Driver changed lanes without first looking to make sure it was safe to do so;

f.     Phantom Driver failed to stop, slacken speed, turn, or swerve his/her motor vehicle so to avoid the collision with Defendant Semanisin's motor vehicle despite the fact that Phantom Driver could have done so and thereby avoided the collision; and

g.     Phantom Driver failed to signal his intent to change lanes.

16.    As a direct and proximate result of the carelessness and negligence of Phantom Driver, Defendant Semanisin's motor vehicle violently collided with Plaintiff's motor vehicle causing Plaintiff to be violently thrown about in an unusual and unexpected way and to thereby suffer damages, including but not limited to the following:

a.     Plaintiff sustained personal, physical injuries to her wrist, neck, spine and hip that required, require, and will in the future continue to require medical care and treatment;

b.     Plaintiff suffered, suffers and will in the future continue to suffer physical pain and mental anguish;

c.     Plaintiff's body has been, is, and will in the future continue to be limited, impaired and diminished, because her injuries are permanent and progressive;

d.     Plaintiff's ability to work and to labor has been, is, and will in the future continue to be impaired and diminished, resulting in Plaintiff suffering lost wages; and

e.     Plaintiff has incurred medical expenses for medicines, doctors, medical institutions, medical imaging, surgeries, physical therapy and other medical treatment and care and, in the future, will be required to expend

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

additional sums for the same, the exact amount of which cannot be definitely ascertained at this time.

17.     Phantom Driver left the scene of the collision and was never identified.

18.     Plaintiff was and is insured under four policies of uninsured motorist insurance covering the date of the incident at issue, which were all issued by Defendant Safeco and which are attached hereto as Exhibit 1 and incorporated herein by reference (the "Policies").

19.     The Policies require Defendant Safeco to pay Plaintiff all amounts that Plaintiff would have been entitled to recover from Phantom Driver up to the sum of the limits of liability reflected in the declaration pages for the Policies.

20.     The sum of the limits of liability reflected in the declaration pages for the Policies is $400,000.00.

21.     The amounts that Plaintiff would have been entitled to recover from Phantom Driver exceed $400,000.00.

22.     Plaintiff has fully performed all conditions precedent to her right to enforce the terms of the Policies against Defendant.

23.     Defendant Safeco has breached the Policies by failing and refusing to pay all amounts that Plaintiff would have been entitled to recover from Phantom Driver up to the limits of $400,000.00.

24.     Plaintiff has made a written demand on Defendant Safeco.

25.     Defendant Safeco has failed and refused to pay the amounts owed.

26.     As a direct and proximate result of Defendant's breach of the Policies, Plaintiff has suffered damages in the amount of at least $400,000.00.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

WHEREFORE Plaintiff Cynthia M. Rohde respectfully prays for judgment against Defendant SAFECO Insurance Company of Illinois in the amount of at least $400,000.00, or such other amount that is proven at trial, plus post-judgment interest, plus her costs incurred herein, and for such other and further relief as the Court deems just and proper under the above-stated facts.

COFMAN TOWNSLEY, LLP

BY:   */s/ Todd R. Nissenholtz*
      Todd R. Nissenholtz, #55049
      200 S. Hanley Road, Suite 1070
      St. Louis, Missouri 63105
      314.621.2005
      314.621.3118 (facsimile)
      tn@cofmantownsley.com

      *Attorneys for Plaintiff*

**19SL-CC00596**

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

--+--

# AFFIDAVIT

State of Indiana

County of Hamilton

| NAME OF INSURED: | THOMAS E ROHDE |
|---|---|
| | CYNTHIA M ROHDE |

POLICY NUMBER:      Z4692427

POLICY DATES:       09-12-2016 TO 09-12-2017

Donna Quinn being duly sworn on oath says she is an archivist of

SAFECO Insurance Company of Illinois and that she has compared

the attached copies of the insurance policy number listed above and

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

Subscribed and sworn to before me

February 28, 2018

_____
Notary Public

David Alan Hager
Notary Public, State of Indiana
SEAL
Marion County
Commission # 643971
My Commission Expires
April 28, 2021

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco Insurance**™

A Liberty Mutual Company

CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO   63129-3558

August 2, 2017

Policy Number: Z4692427
24-Hour Claims: 1-800-332-3226
Policy Service: (314) 894-1313
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

2017 HYUNDAI SONATA SPORT/LIMIT
   - Vehicle replaces your 2009 HYUNDAI SONATA GLS.
   - This Loss Payee is added:
   HYUNDAI MOTOR FINANCE CORP.
   PO BOX 105299
   ATLANTA GA 30348-5299

This change is effective July 31, 2017.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The additional premium for this change is $37.99.   The billing for this amount will be explained on your next billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (314) 894-1313.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting

**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

**POLICY CHANGE**
  CHANGED EFFECTIVE:  JULY 31 2017
POLICY PERIOD FROM:  SEPT 12 2016
               TO:  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE |
|---|---|

**2017 HYUNDAI**  SONATA SPORT/LIMIT 4 DOOR SEDAN         ID# 5NPE34AF5HH586796
LOSS PAYEE   HYUNDAI MOTOR FINANCE CORP.

**2008 CADILLAC**  STS       4 DOOR SEDAN         ID# 1G6DW67V480109922

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2017 HYUN LIMITS | PREMIUMS | 2008 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 405.40 | $500,000 Each Occurrence | $ 360.30 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 31.10 | $100,000 Each Person $300,000 Each Accident | 31.10 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 27.00 | $100,000 Each Person $300,000 Each Accident | 27.00 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 211.20 | Actual Cash Value Less $250 Deductible | 114.30 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 381.90 | Actual Cash Value Less $500 Deductible | 197.80 |
| **ENHANCED COVERAGE LEVEL** | | 48.70 | | 33.60 |
| | TOTAL | $ 1,105.30 | TOTAL $ | 764.10 |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
$2.00 per installment for recurring automatic deduction (EFT)
$5.00 per installment for recurring credit card or debit card
$5.00 per installment for all other payment methods

–CONTINUED–
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90                    Page 1 of 3          DATE PREPARED:  AUG.  2 2017

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

14BIX

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco** Insurance™
A Liberty Mutual Company

**POLICY NUMBER:**  Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

(CONTINUED)

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

**POLICY CHANGE**
CHANGED EFFECTIVE:  JULY 31 2017
POLICY PERIOD FROM:  SEPT 12 2016
                TO:  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS      MO   63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE |
|---|---|

**2016 HYUNDAI**    SANTA FE SE      4 DOOR              ID# KM8SM4HF6GU133874
LOSS PAYEE         PNC BANK

**2000 VOLVO**      S80              4 DOOR SEDAN        ID# YV1TS94D3Y1123249

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2016 HYUN LIMITS | PREMIUMS | 2000 VOLV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 405.40 | $500,000 Each Occurrence | $  315.70 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 31.10 | $100,000 Each Person $300,000 Each Accident | 28.30 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 27.00 | $100,000 Each Person $300,000 Each Accident | 27.00 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 154.40 | Actual Cash Value Less $250 Deductible | 78.70 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 309.80 | Actual Cash Value Less $500 Deductible | 116.10 |
| **ENHANCED COVERAGE LEVEL** | | 42.80 | | 26.00 |
| | TOTAL $ | 970.50 | TOTAL $ | 591.80 |

TOTAL EACH VEHICLE:    2017 HYUN  $ 1,105.30
                       2008 CADI      764.10
                       2016 HYUN      970.50
                       2000 VOLV      591.80

**PREMIUM SUMMARY**
VEHICLE COVERAGES                                        **PREMIUM**
                                                        $ 3,431.70
DISCOUNTS & SAFECO SAFETY REWARDS    You saved $1,229.70  Included

TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES .................................. $ 3,431.70

−CONTINUED−
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90                      Page 2 of 3              DATE PREPARED:  AUG.  2 2017

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:  Z4692427**

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
     $2.00 per installment for recurring automatic deduction (EFT)
     $5.00 per installment for recurring credit card or debit card
     $5.00 per installment for all other payment methods

YOU SAVED $1,229.70 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
     Account
     Anti-Theft
     Advance Quoting
     Accident Free
     Coverage
     Good Student
     Homeowners
     Multi-Car
     Billing Plan

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco** Insurance™
A Liberty Mutual Company

CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

November 8, 2016

Policy Number: Z4692427
24-Hour Claims: 1-800-332-3226
Policy Service: (314) 894-1313
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

The driver information for TAYLOR ROHDE is deleted.

2009 HYUNDAI SONATA GLS
- Driving Use: to work less than 15 miles

This change is effective November 8, 2016.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The credit for this change is $70.47.   The billing for this amount will be explained on your next billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (314) 894-1313.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting

1481

**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**POLICY NUMBER:**  Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

**POLICY CHANGE**
  CHANGED EFFECTIVE:  NOV.  8 2016
**POLICY PERIOD FROM:**  SEPT 12 2016
                  **TO:**  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

---

**RATED DRIVERS**   THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE

| | | | |
|---|---|---|---|
| 2009 HYUNDAI | SONATA GLS | 4 DOOR SEDAN | ID# 5NPET46C69H435501 |
| 2008 CADILLAC | STS | 4 DOOR SEDAN | ID# 1G6DW67V480109922 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2009 HYUN LIMITS | PREMIUMS | 2008 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| COMBINED SINGLE LIMIT: BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 374.20 | $500,000 Each Occurrence | $ 357.20 |
| UNINSURED MOTORISTS: BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 31.10 | $100,000 Each Person $300,000 Each Accident | 31.10 |
| UNDERINSURED MOTORISTS: BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 27.00 | $100,000 Each Person $300,000 Each Accident | 27.00 |
| COMPREHENSIVE | Actual Cash Value Less $250 Deductible | 113.70 | Actual Cash Value Less $250 Deductible | 113.30 |
| COLLISION | Actual Cash Value Less $500 Deductible | 226.40 | Actual Cash Value Less $500 Deductible | 195.90 |
| ENHANCED COVERAGE LEVEL | | 35.60 | | 33.30 |
| | TOTAL $  808.00 | | TOTAL $  757.80 | |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

1482

SA-1697/EP 9/80
845

Page 1 of 3

DATE PREPARED:  NOV.  8 2016

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

**Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

(CONTINUED)

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO 63129-7126

**POLICY CHANGE**
CHANGED EFFECTIVE:   NOV.  8 2016
**POLICY PERIOD FROM:**  SEPT 12 2016
                     TO:  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE |
|---|---|

| 2016 HYUNDAI LOSS PAYEE | SANTA FE SE PNC BANK | 4 DOOR | ID# KM8SM4HF6GU133874 |
|---|---|---|---|
| 2000 VOLVO | S80 | 4 DOOR SEDAN | ID# YV1TS94D3Y1123249 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2016 HYUN LIMITS | PREMIUMS | 2000 VOLV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 402.20 | $500,000 Each Occurrence | $  312.40 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 31.10 | $100,000 Each Person $300,000 Each Accident | 28.30 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 27.00 | $100,000 Each Person $300,000 Each Accident | 27.00 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 153.30 | Actual Cash Value Less $250 Deductible | 77.70 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 308.00 | Actual Cash Value Less $500 Deductible | 114.30 |
| **ENHANCED COVERAGE LEVEL** | | 42.40 | | 25.70 |
| | TOTAL $ | 964.00 | TOTAL $ | 585.40 |

|  | TOTAL EACH VEHICLE: | | |
|---|---|---|---|
| | 2009 HYUN | $ | 808.00 |
| | 2008 CADI | | 757.80 |
| | 2016 HYUN | | 964.00 |
| | 2000 VOLV | | 585.40 |

**PREMIUM SUMMARY**
  VEHICLE COVERAGES
  DISCOUNTS & SAFECO SAFETY REWARDS      You saved $1,134.30

**PREMIUM**
$ 3,115.20
Included

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ................................ $ 3,115.20

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051



SA-1697/EP 9/90

Page 2 of 3

DATE PREPARED:  NOV.  8 2016

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**POLICY NUMBER:  Z4692427**

**SAFECO INSURANCE COMPANY OF ILLINOIS**
**AUTOMOBILE POLICY DECLARATIONS**
(CONTINUED)

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods

YOU SAVED $1,134.30 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Account
    Anti-Theft
    Advance Quoting
    Accident Free
    Coverage
    Good Student
    Homeowners
    Multi-Car
    Billing Plan

Electronically Filed - St. Louis County - February 08, 2019 - 05:50 PM

 Insurance™
A Liberty Mutual Company



CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

August 9, 2016

Policy Number: Z4692427
24-Hour Claims: 1-800-332-3226
Policy Service: (314) 894-1313
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

This change is effective September 12, 2016.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The credit for this change is $60.00.   The billing for this amount will be explained on your next billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (314) 894-1313.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting

**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:  Z4692427**

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

**POLICY CHANGE**
  CHANGED EFFECTIVE:  SEPT 12 2016
**POLICY PERIOD FROM:**  SEPT 12 2016
                   **TO:**  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS      MO  63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE, TAYLOR ROHDE |
|---|---|
| 2009 HYUNDAI SONATA GLS | 4 DOOR SEDAN     ID# 5NPET46C69H435501 |
| 2008 CADILLAC STS | 4 DOOR SEDAN     ID# 1G6DW67V480109922 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2009 HYUN LIMITS | PREMIUMS | 2008 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 417.70 | $500,000 Each Occurrence | $ 398.30 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 34.90 | $100,000 Each Person $300,000 Each Accident | 34.90 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 30.40 | $100,000 Each Person $300,000 Each Accident | 30.40 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 123.50 | Actual Cash Value Less $250 Deductible | 122.90 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 253.80 | Actual Cash Value Less $500 Deductible | 219.60 |
| **ENHANCED COVERAGE LEVEL** | | 39.50 | | 37.00 |
| | **TOTAL $** | 899.80 | **TOTAL $** | 843.10 |

You may pay your premium in full or in installments. There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
    $2.00 per installment for recurring automatic deduction (EFT)
    $5.00 per installment for recurring credit card or debit card
    $5.00 per installment for all other payment methods

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**POLICY NUMBER:** Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO 63129-7126

**POLICY CHANGE**
CHANGED EFFECTIVE:  SEPT 12 2016
**POLICY PERIOD FROM:**  SEPT 12 2016
**TO:**  SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO   63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

---

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE, TAYLOR ROHDE |
|---|---|

| | | | |
|---|---|---|---|
| 2016 HYUNDAI LOSS PAYEE | SANTA FE SE PNC BANK | 4 DOOR | ID# KM8SM4HF6GU133874 |
| 2000 VOLVO | S80 | 4 DOOR SEDAN | ID# YV1TS94D3Y1123249 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2016 HYUN LIMITS | PREMIUMS | 2000 VOLV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 449.00 | $500,000 Each Occurrence | $ 348.60 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 34.90 | $100,000 Each Person $300,000 Each Accident | 31.90 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 30.40 | $100,000 Each Person $300,000 Each Accident | 30.40 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 166.60 | Actual Cash Value Less $250 Deductible | 84.30 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 345.70 | Actual Cash Value Less $500 Deductible | 127.60 |
| **ENHANCED COVERAGE LEVEL** | | 47.20 | | 28.60 |
| | **TOTAL** | $ 1,073.80 | **TOTAL** | $   651.40 |

| TOTAL EACH VEHICLE: | | |
|---|---|---|
| 2009 HYUN | $ | 899.80 |
| 2008 CADI | | 843.10 |
| 2016 HYUN | | 1,073.80 |
| 2000 VOLV | | 651.40 |

**PREMIUM SUMMARY**
VEHICLE COVERAGES
DISCOUNTS & SAFECO SAFETY REWARDS          You saved $999.90

**PREMIUM**
$ 3,468.10
Included

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** .................................... $ 3,468.10

−CONTINUED−
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90                          Page 2 of 3                    DATE PREPARED:  AUG.  9 2016

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
    $2.00 per installment for recurring automatic deduction (EFT)
    $5.00 per installment for recurring credit card or debit card
    $5.00 per installment for all other payment methods

YOU SAVED $999.90 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Account
    Anti-Theft
    Advance Quoting
    Accident Free
    Coverage
    Good Student
    Homeowners
    Multi-Car

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco** Insurance™
A Liberty Mutual Company



CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO  63129-3558

August 3, 2016

Policy Number: Z4692427
24-Hour Claims: 1-800-332-3226
Policy Service: (314) 894-1313
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

Information on your automobile policy renewal:

With this renewal the following changes were made, including those requested by you or your agent or broker:

Your discounts or surcharges have changed. Please read the enclosed policy declarations page carefully.

Please place the enclosed insurance identification cards in the vehicle listed on the card.

Your new 12-month policy period will begin on September 12, 2016.   Your policy will renew automatically if you continue to pay the premium.   The renewal premium is:

$3,254.70 if you pay in full or use the 2-pay billing plan (includes a $273.40 billing plan discount)

$3,528.10 if you use the monthly or 4-pay billing plan

This is not a bill.   Your bill will be sent separately about 25 days before it is due.   It will provide more information about amounts you may pay and your payment due date.   For more information about fees, please see the enclosed policy declarations page and the back of your billing statement.

If you have any questions or wish to make any changes to your policy, you can do so by calling your independent Safeco agent at (314) 894-1313.

1488

PLEASE SEE REVERSE
**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

Thank you for entrusting us with your insurance needs.

Matthew D. Nickerson
President, Safeco Insurance

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

OC-430/EP 5/96
G1

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**Safeco** Insurance™
A Liberty Mutual Company

## CUSTOMER ACCOUNT SUMMARY                          AUGUST 3, 2016

AGENT:
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO   63129-3598

(314) 894-1313

CHRISTINE@CHARLESMEYERINS.COM

CUSTOMER
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

Account Number:
72844692427

| QUESTIONS? | Policy Services: | Online Account Services: | 24-Hour Claims: |
|---|---|---|---|
| | (314) 894-1313 | www.safeco.com/myaccount | 1-800-332-3226 |

Thank you for being a valued customer.

At Safeco, we partner with your agent to provide you with a broad portfolio of products, responsive customer service and options that are simple and convenient.  Your Safeco Package is a comprehensive combination of convenience, savings and protection.  And it's our priority to protect the things and people that matter most to you.

Enclosed are important documents about your policy renewals.  If you have questions regarding your coverage or other products offered by Safeco, please contact your agent.

We appreciate your business and the trust you place in us to meet your insurance needs.

**YOUR POLICY DETAILS:**

| Policy | Policy Number | Policy is From | Effective To | Term Premium |
|---|---|---|---|---|
| AUTOMOBILE | Z4692427 | 09/12/2016 | 09/12/2017 | $3,528.10 |

   If you pay in full or use the 2-pay plan                            $3,254.70
   Discounts applied to this policy:  Account, Anti-Theft, Advance Quoting, Accident Free, Coverage, Good Student, Homeowners, Multi-Car
   Issued by:  Safeco Insurance Company of Illinois

| AUTOMOBILE | Z4692431 | 09/12/2016 | 09/12/2017 | $874.90 |

   If you pay in full or use the 2-pay plan                            $807.30
   Discounts applied to this policy:  Account, Anti-Theft, Advance Quoting, Accident Free, Violation Free, Coverage, Good Student, Homeowners, Multi-Car
   Issued by:  Safeco Insurance Company of Illinois

| UMBRELLA | UZ4534924 | 09/12/2016 | 09/12/2017 | $574.00 |

   Discounts applied to this policy:  No discounts applied
   Issued by:  Safeco Insurance Company of America

1580

**THIS IS NOT A BILL.** Please do not send payment now. You will be receiving a separate invoice statement(s) based on the payment schedule you selected. Thank you for selecting us to service your insurance needs.

OC-726/EPA 4/09
G1

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

## Disclosure to Safeco Policyholders Regarding Medical Payments

In most states, including those listed below, Safeco will pay or reimburse a Medical Provider's charge for medical treatment, medical service, medication or prosthesis covered by the Medical Payments or Personal Injury Protection coverage provided by your auto policy by paying (subject to applicable policy limits) the lowest of (a) the billed charge, (b) the 80th percentile charge indicated by the FAIRHealth medical-charge database for similar services in the same geographic area, (c) the amount authorized by a state mandated fee schedule or by another applicable law or regulation, or (d) the amount authorized by a written preferred-provider network or organization agreement to which the Medical Provider is a party. Safeco pays claims in this manner to comply with state regulations and policy language and to conserve insureds' limited PIP and MedPay benefits.

This disclosure applies to personal auto policies issued in Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Wisconsin and Wyoming.

"Safeco" means Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company, American States Preferred Insurance Company, and American Economy Insurance Company.

"Medical Provider" means any hospital, clinic, pharmacy, physician, physician's assistant, chiropractor, nurse, nurse practitioner, emergency medical technician, and/or any other person or entity who claims or claimed a right to payment for providing medical treatment, medical services, medication, or prosthesis for an injury covered by the Medical Payments or Personal Injury Protection coverage provided by your auto policy.





Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**Safeco Insurance**™
A Liberty Mutual Company

## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**

© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**POLICY NUMBER:** Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO 63129-7126

**RENEWAL**

**POLICY PERIOD FROM:** SEPT 12 2016
**TO:** SEPT 12 2017
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS   MO   63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

---

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE, TAYLOR ROHDE |
|---|---|
| 2009 HYUNDAI SONATA GLS | 4 DOOR SEDAN   ID# 5NPET46C69H435501 |
| 2008 CADILLAC STS | 4 DOOR SEDAN   ID# 1G6DW67V480109922 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2009 HYUN LIMITS | PREMIUMS | 2008 CADI LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 425.30 | $500,000 Each Occurrence | $ 405.60 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 35.50 | $100,000 Each Person $300,000 Each Accident | 35.50 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 30.90 | $100,000 Each Person $300,000 Each Accident | 30.90 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 125.20 | Actual Cash Value Less $250 Deductible | 124.80 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 258.30 | Actual Cash Value Less $500 Deductible | 223.40 |
| **ENHANCED COVERAGE LEVEL** | | 40.20 | | 37.80 |
| | TOTAL $ | 915.40 | TOTAL $ | 858.00 |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
   $2.00 per installment for recurring automatic deduction (EFT)
   $5.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90


Page 1 of 3

DATE PREPARED:  AUG.  3 2016

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:**  Z4692427

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

(CONTINUED)

**NAMED INSURED:**
THOMAS E ROHDE
CYNTHIA M ROHDE
4487 FORDER RIDGE DR
SAINT LOUIS MO  63129-7126

RENEWAL

**POLICY PERIOD FROM:**  SEPT 12 2016
                    **TO:**  SEPT 12 2017

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
CHARLES M MEYER INSURANCE
AGENCY INC
5516 TELEGRAPH RD
SAINT LOUIS    MO   63129-3558

**AGENT TELEPHONE:**
(314) 894-1313

---

| RATED DRIVERS | THOMAS E ROHDE, CHRISTINA M ROHDE, CYNTHIA M ROHDE, ELIZABETH V ROHDE, TAYLOR ROHDE |
|---|---|

**2016 HYUNDAI**  SANTA FE SE    4 DOOR              ID# KM8SM4HF6GU133874
LOSS PAYEE        PNC BANK

**2000 VOLVO**    S80            4 DOOR SEDAN        ID# YV1TS94D3Y1123249

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2016 HYUN LIMITS | PREMIUMS | 2000 VOLV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 457.00 | $500,000 Each Occurrence | $ 354.70 |
| **UNINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 35.50 | $100,000 Each Person $300,000 Each Accident | 32.40 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 30.90 | $100,000 Each Person $300,000 Each Accident | 30.90 |
| **COMPREHENSIVE** | Actual Cash Value Less $250 Deductible | 169.00 | Actual Cash Value Less $250 Deductible | 85.40 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 351.90 | Actual Cash Value Less $500 Deductible | 129.80 |
| **ENHANCED COVERAGE LEVEL** | | 48.10 | | 29.10 |
| | **TOTAL** | $ 1,092.40 | **TOTAL** | $ 662.30 |

**TOTAL EACH VEHICLE:**  2009 HYUN  $   915.40
                         2008 CADI      858.00
                         2016 HYUN    1,092.40
                         2000 VOLV      662.30

**PREMIUM SUMMARY**                                              **PREMIUM**
  VEHICLE COVERAGES                                           $ 3,528.10
  DISCOUNTS & SAFECO SAFETY REWARDS    You saved $1,017.90      Included

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ................................ $ 3,528.10

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

 **Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:  Z4692427**

### SAFECO INSURANCE COMPANY OF ILLINOIS
### AUTOMOBILE POLICY DECLARATIONS
#### (CONTINUED)

IF YOU PAY IN FULL OR USE THE 2-PAY PLAN THE PREMIUM WILL BE REDUCED TO  $ 3,254.70*
    *This includes the available $273.40 billing plan discount.

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
   $2.00 per installment for recurring automatic deduction (EFT)
   $5.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods

YOU SAVED $1,017.90 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Account
    Anti-Theft
    Advance Quoting
    Accident Free
    Coverage
    Good Student
    Homeowners
    Multi-Car

1SWAX

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

## WHERE TO TURN FOR HELP

Your Independent Safeco agent or broker stands ready to answer your questions and handle any of your insurance needs. Please call your agent or broker at the telephone number listed on the Declarations. Should you need any further assistance, please do not hesitate to contact Safeco at:

Physical Address:
Central Region
1600 N. Collins Boulevard
Richardson, TX 75080-3666

Mailing Address:
Safeco Imaging Center
P.O. Box 515097
Los Angeles, CA 90051-5097

Phone:  (800) 332-3226

Safeco is a member of the Missouri Property and Casualty Guaranty Association.

SA-1909/MOEP 12/09




Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

## SAFECO ENHANCED™ COVERAGE LEVEL

Congratulations! You have purchased one of our finest auto coverage levels available — the Safeco Enhanced coverage level. With Safeco Enhanced, you receive more coverage, higher limits and better benefits than with our basic policy.

Below are just **some** of the great features and benefits you receive with Safeco Enhanced. Safeco's Enhanced coverage level provides you even more benefits and coverage that are not listed here. Read the policy and endorsement in this packet to learn more about the coverages and benefits you're receiving.

| **Features** | **Benefits** |
|---|---|
| **Accident Forgiveness** | After six consecutive years without an at-fault accident or violation, your premium will not increase if you have an at-fault accident. |
| **Auto Theft Transportation** | If your vehicle is stolen, we pay up to $25 a day to a maximum benefit of $750 to cover your transportation expenses. |
| **Audio/Visual Equipment** | We cover audio/visual equipment such as a stereo or DVD player permanently installed by the manufacturer or manufacturers' dealership. We will pay up to $1,000 if the equipment was installed by someone else. |
| **Customized Equipment** | We provide up to $1,000 for permanently installed customized equipment such as new wheel rims. |
| **Loss of Earnings** | We will pay you up to $250 a day if you have to miss work in order to attend a trial or a court hearing at our request. |
| **Bail Bonds** | We will pay up to $1,000 for the cost of a bail bond required due to an accident. |

If you have any questions about your policy, please feel free to contact your independent Safeco agent.



*No coverage is provided by this summary. If there is any conflict between the policy and this summary, the provisions of the policy, including any endorsements, shall prevail.*

SA-2912/EP 11/12

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

## ENHANCED LEVEL ENDORSEMENT

It is agreed that the Essential Personal Auto Policy is amended as follows:

**PART A — LIABILITY COVERAGE**

If the Declarations indicates that Part A — Liability Coverage applies, then the following applies:

**SUPPLEMENTARY PAYMENTS**

Item **1.** is amended to increase the $250 to $1,000.

Item **3.** is amended to increase the $200 a day to $250 a day.

**PART D — COVERAGE FOR DAMAGE TO YOUR AUTO**

The following applies only if Collision Coverage applies for **collision** losses and/or Comprehensive Coverage applies for **comprehensive** losses.

**TRANSPORTATION EXPENSES**

**B.1.** is replaced by the following:

   1.    Up to $25 per day, to a maximum of $750; or

**EXCLUSIONS**

Exclusion **7.** is amended by increasing the $500 to $1,000.

Exclusion **19.** is amended by increasing the $500 to $1,000.

SA-2891/EP 11/12

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM



**Safeco Insurance**™
A Liberty Mutual Company

## MISSOURI ESSENTIAL PERSONAL AUTO POLICY

SAFECO INSURANCE COMPANY OF ILLINOIS
Home Office: 2800 W. Higgins Rd., Suite 1100, Hoffman Estates, Illinois 60195

(A stock insurance company.)

### READY REFERENCE TO YOUR AUTO POLICY

|  | Beginning On Page |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| PART A — LIABILITY COVERAGE | 3 |
|    Insuring Agreement | |
|    Supplementary Payments | |
|    Exclusions | |
|    Limit of Liability | |
|    Out of State Coverage | |
|    Financial Responsibility | |
|    Other Insurance | |
| PART B — MEDICAL PAYMENTS COVERAGE | 7 |
|    Insuring Agreement | |
|    Exclusions | |
|    Limit of Liability | |
|    Other Insurance | |
| PART C — UNINSURED MOTORISTS COVERAGE | 9 |
|    Insuring Agreement | |
|    Exclusions | |
|    Limit of Liability | |
|    Other Insurance | |
| PART D — COVERAGE FOR DAMAGE TO YOUR AUTO | 13 |
|    Insuring Agreement | |
|    Deductible | |
|    Transportation Expenses | |
|    Exclusions | |
|    Limit of Liability | |
|    Payment of Loss | |
|    No Benefit to Bailee | |
|    Other Sources of Recovery | |
|    Appraisal | |
| PART E — DUTIES AFTER AN ACCIDENT OR LOSS | 18 |
| PART F — GENERAL PROVISIONS | 19 |
|    Policy Period and Territory | |
|    Changes | |
|    Termination | |
|    Two or More Autos Insured; Two or More Auto Policies | |

1517

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

**ADDITIONAL COVERAGES**        **22**
    Underinsured Motorists Coverage
    Roadside Assistance Coverage
    Loss of Use Coverage
    Full Safety Glass Coverage

1451Xf

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

## AGREEMENT

In return for your payment of all premiums, and in reliance upon the statements in the application we agree to insure you subject to the terms, conditions and limitations of this policy. We will insure you for the coverages and limits shown on the Declarations. Your policy consists of the policy contract, Declarations and endorsements applicable to the policy.

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

    **1.** The "named insured" shown in the Declarations;

    **2.** The spouse if a resident of the same household;

    **3.** The civil partner, if a resident of the same household, by civil union licensed and certified by the state; or

    **4.** The **domestic partner**, if a resident of the same household;

        "**Domestic partner**" means a person living as a continuing partner with you and:

        **(a)** is at least 18 years of age and competent to contract;

        **(b)** is not a relative; and

        **(c)** shares with you the responsibility for each other's welfare, evidence of which includes:

            **(1)** the sharing in domestic responsibilities for the maintenance of the household; or

            **(2)** having joint financial obligations, resources, or assets; or

            **(3)** one with whom you have made a declaration of domestic partnership or similar declaration with an employer or government entity.

        **Domestic partner** does not include more than one person, a roommate whether sharing expenses equally or not, or one who pays rent to the named insured.

**B.** "We", "us" and "our" refer to the Company as shown on the Declarations providing this insurance.

**C.** For purposes of this policy, a private passenger auto shall be deemed to be owned by a person if leased:

    **1.** Under a written agreement to that person; and

    **2.** For a continuous period of at least six months.

**D.** Throughout the policy, "**minimum limits**" refers to the following limits of liability required by Missouri law to be provided under a policy of automobile liability insurance:

    **1.** $25,000 for each person, subject to $50,000 for each accident, with respect to **bodily injury;**

    **2.** $10,000 for each accident with respect to **property damage.**

Other words and phrases are defined. They are in bold type when used.

**E.** "**Bodily injury**" means bodily harm, sickness or disease, including death that results.

**F.** "**Business**" includes trade, profession or occupation.

**G.** "**Family member**" means a person related to you by blood, marriage, civil union, domestic partnership or adoption who is a resident of your household. This includes a ward or foster child who is a resident of your household.

**H.** "**Fungi**" means any type or form of fungus, including yeast, mold or mildew, blight or mushroom and any mycotoxins, spore, scents or other substances, products or byproducts produced, released by or arising out of **fungi,** including growth, proliferation or spread of **fungi** or the current or past presence of **fungi.** However, this definition does not include any **fungi** intended by the **insured** for consumption.

**I.** "**Occupying**" means in; upon; or getting in, on, out or off.

**J.** "**Property damage**" means physical injury or destruction of tangible property including loss of use.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

K.  **"Punitive or exemplary damages"** include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage.**

L.  **"Trailer"** means a vehicle designed to be pulled by a:

1.  Private passenger auto; or

2.  Pickup, van or motorhome,

It also means a recreational camping vehicle, a farm wagon or farm implement while towed by a vehicle listed in **L.1.** or **L.2.** above.

M.  **"Your covered auto"** means:

1.  Any vehicle shown in the Declarations.

2.  **a.**  Any newly acquired vehicle, whether operational or not, on the date you become the owner, subject to conditions for **Newly Acquired Replacement Vehicle** and **Newly Acquired Additional Vehicle** under **M.2.b.** below. Any newly acquired vehicle must be of the following types:

　　(1)  a private passenger auto;

　　(2)  a pickup or van that:

　　　　(a)  has a Gross Vehicle Weight Rating of 12,000 lbs or less; and

　　　　(b)  is not used for the delivery or transportation of goods and materials unless such use is:

　　　　　　i.  incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or

　　　　　　ii.  for farming or ranching; or

　　(3)  a motorhome or **trailer.**

　**b.**  A newly acquired vehicle is subject to the following conditions:

　　(1)  **Newly Acquired Replacement Vehicle.** If the vehicle you acquire replaces one shown in the Declarations, the replacement vehicle will have the same coverage as the vehicle it replaced, other than Part D — Coverage for Damage to Your Auto. This provision applies only if there is no other insurance policy that provides coverage for that replacement vehicle.

　　　Part D — Coverage for Damage to Your Auto shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition, only to the extent Part D — Coverage for Damage to Your Auto applied to the vehicle being replaced. You must notify us within thirty (30) days after you acquire the replacement vehicle for Part D — Coverage for Damage to Your Auto to continue.

　　(2)  **Newly Acquired Additional Vehicle.** For any newly acquired vehicle that is in addition to any shown in the Declarations coverage shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition. Coverage shall be the broadest coverage we provide for any vehicle shown in the Declarations. This coverage applies only if:

　　　　(a)  you acquire the additional vehicle during the policy period shown on the Declarations; and

　　　　(b)  there is no other insurance policy that provides coverage for the additional vehicle.

　　　If you wish to add or continue coverage you must ask us to insure the additional vehicle within thirty (30) days after you acquire the additional vehicle. This thirty (30) days of coverage includes the day you acquire the vehicle.

　　(3)  Collision Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Collision Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 collision deductible will apply.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

(4) Comprehensive Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Comprehensive Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 comprehensive deductible will apply.

**3.** Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

**a.** breakdown;

**b.** repair;

**c.** servicing;

**d.** loss; or

**e.** destruction.

This provision (**M.3.**) does not apply to Coverage for Damage to Your Auto.

## PART A — LIABILITY COVERAGE

### INSURING AGREEMENT

**A.** We will pay damages for **bodily injury** or **property damage** for which any **insured** becomes legally responsible because of an auto accident. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**B.** "**Insured**" as used in this Part **A** — Liability Coverage means:

**1.** You for the ownership, maintenance or use of any auto or **trailer**.

**2.** Any **family member**:

**a.** who does not own an auto, for the maintenance or use of any auto or **trailer**.

**b.** who owns an auto, but only for the use of **your covered auto**.

**3.** Any person using **your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

**4.** For **your covered auto**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part **A** — Liability coverage.

**5.** For any auto or **trailer**, other than **your covered auto**, any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part **A** — Liability Coverage. This provision (**B.4.**) applies only if the person or organization does not own or hire the auto or **trailer**.

### INTEREST ON JUDGMENTS

We will pay interest on judgments subject to all of the following:

**1.** Any notice, demand, summons, judgment, or any process has been promptly forwarded to us as required by the policy conditions.

**2.** We accept the defense or agree to the judgment.

**3.** We will pay the interest on that part of the judgment that is covered and that does not exceed our applicable limit of liability.

**4.** We will pay interest that accrues after entry of judgment and before we pay, tender, or deposit in court.

**5.** If we appeal the judgment, we will pay interest on the entire judgment.

**6.** Post-judgment interest is in addition to the applicable limit of liability.



Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

7. Where we are required to cover prejudgment interest, it shall be included in the limit of liability and is not an additional amount of insurance.

8. If we make an offer to pay our limit of liability, we will not pay any prejudgment interest based on that period of time after the offer.

**SUPPLEMENTARY PAYMENTS**

We will pay on behalf of an **insured:**

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy. We are not obligated to apply for or furnish such bonds.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

4. Other reasonable expenses incurred at our request.

5. All expenses incurred by an **insured** for first aid to others at the time of the accident, not to exceed $10,000.

**EXCLUSIONS**

A.  We do not provide Liability Coverage for:

1. Any **insured** who intentionally causes **bodily injury** or **property damage** even if such **bodily injury** or **property damage** is of a different kind or degree than expected or intended, or such **bodily injury** or **property damage** is sustained by a different person or persons than expected or intended.

2. **Property damage** to property owned or being transported by any **insured.**

3. **Property damage** to property:

   a.  rented to;

   b.  used by; or

   c.  in the care of;

   any **insured.**

   This exclusion **(A.3.)** does not apply to **property damage** to:

   a.  a residence or private garage.

   b.  any motor vehicle loaned to you by a person, firm or corporation engaged in the **business** of selling, repairing, or servicing motor vehicles while such vehicle is being used by any **insured:**

      (1)  for demonstration purposes; or

      (2)  as a temporary substitute for any vehicle you own which is out of normal use because of its breakdown, repair, or servicing.

4. **Bodily injury** to an employee of any **insured** during the course of employment. This exclusion **(A.4.)** does not apply to **bodily injury** to a domestic employee unless workers compensation benefits are required or available for that domestic employee.

5. Any **insured's** liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion **(A.5.)** does not apply to a share-the-expense car pool.

6. Any **insured** using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business.**

7.  a.  Any **insured** while employed or otherwise engaged in the **business** of:

      (1)  selling;

      (2)  repairing;

      (3)  servicing;

      (4)  storing; or

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

    **(5)** parking;

vehicles designed for use mainly on public highways. This includes road testing and delivery.

  **b.** This exclusion **(A.7.)** does not apply to the ownership, maintenance or use of **your covered auto** by:

    **(1)** you;

    **(2)** any **family member;** or

    **(3)** any partner, agent or employee of you or any **family member.**

**8.** Any **insured** maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in Exclusions **A.6.** or **A.7.** This exclusion **(A.8.)** does not apply to the maintenance or use of a:

  **a.** private passenger auto;

  **b.** pickup, motorhome or van that:

    **(1)** you own; or

    **(2)** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

      **(a)** breakdown;

      **(b)** repair;

      **(c)** servicing;

      **(d)** loss; or

      **(e)** destruction; or

  **c.** **trailer** used with a vehicle described in **A.8.a.** or **A.8.b.** above.

**9.** Any **insured** using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to a **family member** using **your covered auto.**

**10. a.** **Bodily injury** or **property damage** for which any **insured:**

    **(1)** is an **insured** under a nuclear energy liability policy; or

    **(2)** would be an **insured** under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

  **b.** A nuclear energy liability policy is a policy issued by any of the following or their successors:

    **(1)** Nuclear Energy Liability Insurance Association;

    **(2)** Mutual Atomic Energy Liability Underwriters; or

    **(3)** Nuclear Insurance Association of Canada.

**11.** **Punitive or exemplary damages** awarded against any **insured.**

**12.** **Bodily injury** to you or any **family member** to the extent that the limits of liability for this coverage exceed the **minimum limits** required by the Missouri Financial Responsibility Law.

**13.** **Bodily injury** or **property damage** arising out of the use of **your covered auto** while leased or rented to others. However, this exclusion does not apply to the operation of **your covered auto** by you or a **family member.**

**14.** **Bodily injury** or **property damage** arising out of a criminal act or omission of the **insured.** This exclusion applies regardless of whether that **insured** is actually charged with, or convicted of, a crime. However, this exclusion **(14.)** does not apply to traffic violations.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

  **1. a.** Any vehicle which:

    **(1)** has fewer than four wheels;

    **(2)** is designed mainly for use off public roads; or

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

     (3)  is a vehicle not licensed for use on public roads.

**b.** This exclusion does not apply:

     (1)  while such vehicle is being used by an **insured** in a medical emergency; or

     (2)  to any **trailer.**

**2.** Any vehicle, other than **your covered auto,** which is:

    **a.** owned by you; or

    **b.** furnished or available for your regular use.

**3.** **a.** Any vehicle, other than **your covered auto,** which is:

     (1)  owned by any **family member** or other person who resides with you; or

     (2)  furnished or available for the regular use of any **family member** or other person who resides with you.

    **b.** However, this exclusion **(B.3.)** does not apply to you while you are maintaining or **occupying** any vehicle which is:

     (1)  owned by a **family member** or other person who resides with you; or

     (2)  furnished or available for the regular use of a **family member** or other person who resides with you.

**4.** Any vehicle while it is:

    **a.** operating on a surface designed or used for racing, except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

    **b.** participating in a high performance driving or racing instruction course or school; or

    **c.** preparing for, practicing for, used in, or competing in any prearranged or organized:

     (1)  race activity; or

     (2)  speed, performance, stunt, or demolition contest or exhibition.

## LIMIT OF LIABILITY

**A.** If the Declarations indicates "per person"/"per accident" coverage applies:

The limit of liability as shown in the Declarations for "each person" for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one auto accident.

Subject to this limit for "each person," the limit of liability shown in the Declarations for "each accident" for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one accident.

This is the most we will pay regardless of the number of:

**1.** **Insureds;**

**2.** Claims made;

**3.** Vehicles or premiums shown in the Declarations; or

**4.** Vehicles involved in the auto accident.

**B.** If the Declarations indicate **Combined Single Limit** applies, Paragraph **A.** above is replaced by the following:

The limit of liability shown in the Declarations for This coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1.** **Insureds;**

**2.** Claims made;

**3.** Vehicles or premiums shown in the Declarations; or

**4.** Vehicles involved in the auto accident.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

We will apply the limit of liability to provide any separate **minimum limits** required by law for **bodily injury** and **property damage** liability. However, this provision will not change our total limit of liability.

C.   No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part B — Medical Payments Coverage or Part C — Uninsured Motorists Coverage or any Underinsured Motorists Coverage provided by this policy.

D.   A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer.**

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

A.   If the state or province has:

   1.   A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

   2.   A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum limits and types of coverage.

B.   No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required. The **insured** must reimburse us if we make a payment that we would not have made if this policy was not certified as proof of financial responsibility.

**OTHER INSURANCE**

If there is other applicable liability insurance available any insurance we provide shall be excess over any other applicable liability insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible liability insurance. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance providing coverage on a primary basis. A vehicle you do not own includes any vehicle loaned to you by a person, firm or corporation engaged in the **business** of selling, repairing or servicing motor vehicles and such vehicle is used by any **insured:**

   1.   For demonstration purposes; or

   2.   As a temporary substitute for a vehicle you own which is out of normal use because of its breakdown, repair, or servicing.

---

## PART B — MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

A.   We will pay **usual and customary charges** incurred for reasonable and necessary medical and funeral expenses because of **bodily injury:**

   1.   Caused by accident; and

   2.   Sustained by an **insured.**

   We will pay only those expenses incurred for services rendered within three (3) years from the date of the accident.

   We have aright to review medical expenses and services to determine if they are reasonable and necessary for the **bodily injury** sustained.

B.   "Insured" as used in this Part B — Medical Payments Coverage means:

   1.   You or any **family member:**

      a.   while **occupying;** or

      b.   as a pedestrian or bicyclist when struck by;

      a motor vehicle designed for use mainly on public roads or a trailer of any type.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

2. Any other person while **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

3. Any other person while **occupying**, as a guest, an automobile not owned by you or a **family member,** while being operated by you or a **family member.**

C. **"Usual and customary charges"** as used in this Part **B** — Medical Payments Coverage mean:

Any amount which we determine represents a customary charge for services in the geographic area in which the service is rendered. To determine whether a charge is customary, we may consider outside sources of information of our choice, including, but not limited to:

1. Licensed, certified or registered healthcare professionals;

2. Medical examinations;

3. Medical file reviews;

4. Medical bill review services; or

5. Computerized data bases.

The **insured** shall not be responsible for payment of any reduction applied by us. If a medical provider disputes an amount paid by us, we will be responsible for resolving such disputes.

## EXCLUSIONS

We do not provide Medical Payments Coverage for any **insured** for **bodily injury:**

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.

2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion **(2.)** does not apply to a share-the-expense car pool.

3. Sustained while **occupying** any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business.**

4. Sustained while **occupying** any vehicle located for use as a residence or premises.

5. Occurring during the course of employment if workers compensation benefits are required or available for the **bodily injury.**

6. Sustained while **occupying,** or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by you; or

   b. furnished or available for your regular use.

7. Sustained while **occupying,** or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by any **family member** or other person who resides with you; or

   b. furnished or available for the regular use of any **family member** or other person who resides with you.

   However, this exclusion **(7.)** does not apply to you.

8. Sustained while **occupying** a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However this exclusion does not apply to a **family member** using **your covered auto.**

9. Sustained while **occupying** a vehicle when it is being used in the **business** of an **insured.** This exclusion **(9.)** does not apply to **bodily injury** sustained while **occupying** a:

   a. private passenger auto;

   b. pickup, van or motorhome that you own; or

   c. **trailer** used with a vehicle described in **a.** or **b.** above.

10. Caused by or as a consequence of:

    a. discharge of a nuclear weapon (even if accidental);

    b. war (declared or undeclared);

    c. civil war;

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

    **d.**   insurrection; or

    **e.**   rebellion or revolution.

**11.** From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    **a.**   nuclear reaction;

    **b.**   radiation; or

    **c.**   radioactive contamination.

**12.** Sustained while **occupying** any vehicle while it is:

    **a.**   operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

    **b.**   participating in a high performance driving or racing instruction course or school; or

    **c.**   preparing for, practicing for, used in, or competing in any prearranged or organized:

        **(1)**   race activity; or

        **(2)**   speed, performance, stunt, or demolition contest or exhibition.

**13.** Caused by the actual, alleged or threatened presence, growth, proliferation or spread of **fungi** or bacteria.

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

    **1.**   **Insureds;**

    **2.**   Claims made;

    **3.**   Vehicles or premiums shown in the Declarations; or

    **4.**   Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A** — Liability Coverage or Part **C** — Uninsured Motorists Coverage or any Underinsured Motorists Coverage provided by this policy.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance available any insurance we provide shall be excess over any other applicable auto medical payments insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible auto medical payments insurance.

---

## PART C — UNINSURED MOTORISTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by that **insured.**

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

No judgment for damages arising out of the suit brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

    **1.**   Received reasonable notice of the pendency of the suit resulting in the judgment; and

    **2.**   Had a reasonable opportunity to protect our interests in the suit.

**B.** **"Accident"** as used in this coverage means a sudden impact of one or more motor vehicles while being used as motor vehicles resulting in bodily injury neither expected nor intended by the insured.

**C.** **"Insured"** as used in this Part **C** — Uninsured Motorists Coverage means:

    **1.**   You.

    **2.**   Any **family member** who does not own an auto.



Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

3. Any **family member** who owns an auto, but only while **occupying your covered auto.**

4. Any other person **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

5. Any person entitled to recover damages because of **bodily injury** to which this coverage applies sustained by a person described in B.1., B2., B.3. or B.4. above.

**D.** **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the **accident.**

2. To which a bodily injury liability bond or policy applies at the time of the **accident** if its limit for bodily injury liability is less than the **minimum limits** for bodily injury liability specified by the Missouri financial responsibility law.

3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an **accident** resulting in **bodily injury** without hitting:

   **a.** you or any **family member;**

   **b.** a vehicle which you or any **family member** is **occupying;** or

   **c.** **your covered auto.**

   If there is no physical contact with the hit-and-run vehicle the facts of the **accident** must be proved. We may request supporting evidence other than the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

4. To which a bodily injury liability bond or policy applies at the time of the **accident,** but the bonding or insuring company:

   **a.** denies coverage; or

   **b.** is or becomes insolvent.

However, **"uninsured motor vehicle"** does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any **family member** to the extent that the limits of liability for this coverage exceed the minimum limits of liability required by the financial responsibility law of Missouri.

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Operated on rails or crawler treads.

4. Designed mainly for use off public roads while not on public roads.

5. While located for use as a residence or premises.

**EXCLUSIONS**

**A.** We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by a **family member** who does not own an auto, while **occupying,** or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

**B.** We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured:**

1. If that **insured** or the legal representative settles the **bodily injury** claim without our consent. However, this exclusion **(B.1.)** does not apply if such settlement does no prejudice our right to recover payment to the extent that the limits of liability for this coverage exceed the minimum limits of liability required by the financial responsibility law of Missouri.

2. While **occupying your covered auto** when it is being used as a public or livery conveyance to the extent that the limits of liability for this coverage exceed the **minimum limits** specified by the Missouri Motor Vehicle Financial Responsibility Law. This exclusion **(B.2.)** does not apply to a share-the-expense car pool.

3. While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation to the extent that the limits of liability for this coverage exceed the **minimum limits** specified by the Missouri Motor Vehicle Financial Responsibility Law. This exclusion does not apply to delivery that is incidental to an **insured's business.**

4. While using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

However, this exclusion does not apply to you or any **family member** using **your covered auto.**

5. While **occupying** or operating an owned motorcycle or moped.

6. While using any vehicle while it is:

   a. operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

   b. participating in a high performance driving or racing instruction course or school; or

   c. preparing for, practicing for, used in, or competing in any prearranged or organized:

      (1) race activity; or

      (2) speed, performance, stunt, or demolition contest or exhibition.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

   1. Workers compensation law; or

   2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for **punitive or exemplary damages.**

**LIMIT OF LIABILITY**

A. If **bodily injury** is sustained in an **accident** by you or any **family member:**

   1. Our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any such **accident** is the sum of the limits of liability shown in the Declarations for "each person" for Uninsured Motorists Coverage;

   2. Subject to the maximum limit for "each person", our maximum limit of liability for all damages arising out of **bodily injury** resulting from any one **accident** is the sum of the limits of liability shown in the Declarations for each **accident** for Uninsured Motorists Coverage;

   3. Subject to the maximum limits of liability set forth in 1. and 2. above:

      a. the most we will pay for **bodily injury** sustained in such **accident** by an **insured** other than you or any **family member** is that **insured's** pro rata share of the "each person" or "each **accident**" limit of liability for this coverage shown in the Declarations applicable to the vehicle that **insured** was **occupying** at the time of the **accident;** and

      b. you or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the "each person" or "each **accident**" limit described in paragraph **3.a.** above.

   A person's pro rata share shall be the proportion that that person's damages bears to the total damages sustained by all **insureds.**

   The maximum limit of liability is the most we will pay regardless of the number of:

   1. **Insureds;**

   2. Claims made; or

   3. Vehicles involved in the **accident.**

B. If **bodily injury** is sustained by any **insured** other than you or any **family member** in an **accident** in which neither you nor any **family member** sustained **bodily injury** the limit of liability shown in the Declarations for "each person" for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any such **accident.**

   Subject to this limit for "each person", the limit of liability shown in the Declarations for "each **accident**" for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any such **accident.** This is the most we will pay regardless of the number of:

   1. **Insureds;**

   2. Claims made;

   3. Vehicles or premiums shown in the Declarations; or

SA-2890/MOEP 11/12                                          - 11 -



Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

4.   Vehicles involved in the **accident.**

C.   If the Declarations indicates that Combined Single Limit applies to Uninsured Motorists Coverage, then Paragraphs **A.** and **B.** of the Limit Of Liability Provision for Uninsured Motorists Coverage are replaced by **C.1.** and **C.2.** as follows:

1.   If **bodily injury** is sustained in an **accident** by you or any **family member,** our maximum limit of liability for all damages in any such **accident** is the sum of the limits of liability for Uninsured Motorists Coverage shown in the Declarations applicable to each vehicle. Subject to this maximum limit of liability for all damages:

a.   The most we will pay for **bodily injury** sustained in such **accident** by an **insured** other than you or any **family member** is that **insured's** pro rata share of the limit shown in the Declarations applicable to the vehicle that **insured** was **occupying** at the same time of the **accident;** and

b.   You or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share shall be the proportion that that person's damages bears to the total damages sustained by all **insureds.**

The maximum limit of liability is the most we will pay regardless of the number of:

a.   **Insureds;**

b.   Claims made; or

c.   Vehicles involved in the **accident.**

2.   If **bodily injury** is sustained by any **insured** other than you or any **family member** in an **accident** in which neither you nor any **family member** sustained **bodily injury,** the limit of liability shown in the Declarations for Uninsured Motorists Coverage applicable to the **your covered auto** the **insured** was **occupying** at the time of the **accident** is our maximum limit of liability for all damages resulting from any such **accident.**

This is the most we will pay regardless of the number of:

a.   **Insureds;**

b.   Claims made;

c.   Vehicles or premiums shown in the Declarations; or

d.   Vehicles involved in the **accident.**

D.   No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1.   Part **A** — Liability Coverage of this policy; or

2.   Any Underinsured Motorists Coverage provided by this policy.

E.   We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Part **A** — Liability Coverage but does not include any amounts paid or payable under:

1.   Part **B** — Medical Payments Coverage; or

2.   Any workers compensation law, disability benefits law or similar law.

F.   A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an **accident** involving a vehicle which has an attached **trailer.**

**OTHER INSURANCE**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part C — Uninsured Motorists Coverage of the policy:

1.   Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2.   Any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto,** shall be excess over any collectible insurance providing coverage on a primary basis.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

3. If the coverage under this policy is provided:

   a. on a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

   b. on an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

**INSURING AGREEMENT**

A. We will pay for direct and accidental loss to **your covered auto** or any **non-owned auto,** including its equipment, any child safety seat in use in **your covered auto** or **non-owned auto,** minus any applicable deductible shown in the Declarations. We will pay for loss to **your covered auto** caused by:

1. Other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for that auto.

2. **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a **non-owned auto,** we will provide the broadest coverage applicable to any vehicle shown in the Declarations.

B. "**Collision**" means the upset of **your covered auto** or a **non-owned auto** or its impact with another vehicle or object.

"**Comprehensive**" means loss, other than **collision** to **your covered auto** or a **non-owned auto.** Losses caused by the following are not **collision** losses but are **comprehensive** losses:

Loss caused by missiles or falling objects; fire; theft or larceny; explosion or earthquake; windstorm; hail, water or flood; malicious mischief or vandalism; riot or civil commotion; contact with a bird or animal; or breakage of glass.

If breakage of glass is caused by a **collision,** you may elect to have it considered a loss caused by **collision.**

C. 1. "**Non-owned auto**" means:

   a. Any private passenger auto, pickup, van (other than a cargo van) or **trailer** with a Gross Vehicle Weight Rating of 12,000 pounds or less or any cargo van or moving van with a Gross Vehicle Weight Rating of 18,000 pounds or less, not owned by or furnished or available for the regular use of you or any **family member** while in the custody of or being operated by you or any **family member;** or

   b. Any auto or **trailer** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

     (1) breakdown;

     (2) repair;

     (3) servicing;

     (4) loss; or

     (5) destruction.

2. However, **non-owned auto** does not include any vehicle loaned to you, with or without consideration, by a person, firm or corporation engaged in the **business** of selling, repairing, or servicing motor vehicles while such vehicle is being used by any **insured:**

   a. for demonstration purposes; or

   b. as a temporary substitute for a vehicle you own which is out of normal use because of its:

     (1) breakdown;

     (2) repair; or



Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

(3)  servicing.

3.  **"Non-owned auto"** does not include any Vehicle which has been operated or rented by or in the possession of you or any **family member** for 30 or more consecutive days. This does not apply to a temporary substitute vehicle authorized by us.

D.  **"Camper body"** means a body equipped as sleeping or living quarters which is designed to be mounted on a pickup.

E.  **"Diminution in value"** means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

**Deductible**

Unless stated otherwise, the applicable deductible shown in the Declarations shall be applied to each accidental loss covered under this Part of the policy. However,

1.  If loss to more than one of **your covered autos** or a **non-owned auto** results from the same loss, only the highest applicable deductible will apply;

2.  In the event of a **collision** with another vehicle insured by:

    a.  a Safeco insurance company; or

    b.  another Liberty Mutual Agency Corporation company;

    no deductible will apply.

    This does not include a vehicle described as **your covered auto** or **non-owned auto.**

3.  no deductible will apply to **your covered auto** or a **non-owned auto** if the loss to **your covered auto** or a **non-owned auto** results from the same event as a loss covered under your Safeco Homeowners or Condominium and we issue a payment under your Homeowners or Condominium policy for the loss.

**TRANSPORTATION EXPENSES**

A.  Subject to the limitations described in paragraphs **B.** and **C,** below, we will pay:

1.  Temporary transportation expenses incurred by you in the event of the total theft of **your covered auto** or a **non-owned auto.** We will pay for such expenses only if the Declarations indicate that Comprehensive Coverage is provided for that auto. We will pay only expenses incurred during the period:

    a.  beginning 48 hours after the theft; and

    b.  ending when **your covered auto** or the **non-owned auto** is returned to use or we pay for its loss.

2.  Indirect loss expenses for which you become legally responsible in the event of a loss to a **non-owned auto.** We will pay only expenses beginning when the **non-owned auto** is withdrawn from use for more than 24 hours. We will pay for indirect loss expenses if the loss is caused by:

    a.  a **comprehensive** loss only if the Declarations indicate that Comprehensive Coverage is provided for any **your covered auto.**

    b.  **collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto.**

B.  For the expenses described in paragraphs **A.1.** and **A.2.** we will pay the greater of the following, without application of a deductible:

1.  Up to $20 per day, to a maximum of $600; or

2.  The limit for Loss of Use, if any, shown in the Declarations.

C.  Our payment for the expenses described in paragraphs **A.1.** and **A.2.** will be limited to that period of time reasonably required to repair or replace the **your covered auto** or the **non-owned auto.**

**EXCLUSIONS**

We will not pay for:

1.  Loss to **your covered auto** or any **non-owned auto** which occurs while it is being used as a public or livery conveyance. This exclusion (**1.**) does not apply to a share-the-expense car pool.

Electronically Filed - St. Louis County - February 08, 2019 - 05:50 PM

2. Loss to **your covered auto** or any **non-owned auto** while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business.**

3. Damage or loss due and confined to:

   a. wear and tear;

   b. freezing;

   c. mechanical or electrical breakdown or failure; or

   d. road damage to tires.

   This exclusion (3.) does not apply if the damage results from the total theft of **your covered auto** or any **non-owned auto.**

4. Damage or loss arising out of neglect. Neglect means your failure to adequately maintain **your covered auto** or **non-owned auto** after the loss.

   With respect to water under Comprehensive Coverage, there is no coverage for:

   a. moisture, condensation, humidity, or vapor;

   b. water intrusion around or through panels, surfaces and seals; or

   c. water that collects in spaces or ventilation systems; or

   d. **fungi,** dry rot or bacteria;

   resulting from neglect.

5. Loss due to or as a consequence of:

   a. discharge of any nuclear weapon (even if accidental);

   b. war (declared or undeclared);

   c. civil war;

   d. insurrection; or

   e. rebellion or revolution.

6. Loss from or as a consequence of the following, whether controlled or uncontrolled or however caused:

   a. nuclear reaction;

   b. radiation; or

   c. radioactive contamination.

7. Loss to:

   a. any electronic equipment designed for the production or reproduction of sound, pictures, audio, visual or data or that receives or transmits sound, pictures or data signals.

   b. This exclusion (7.) does not apply to:

   (1) equipment designed for the reproduction of sound or transmission of sound, pictures, audio, visual or data signals and accessories used with such equipment, provided:

   (a) the electronic equipment is permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto;** or

   (b) the electronic equipment is:

   i. removable from a housing unit which is permanently installed by the original vehicle manufacturer or manufacturer's dealership in the auto;

   ii. designed to be solely operated by use of the power from the auto's electrical system; and

   iii. in or upon **your covered auto** or any **non-owned auto;**

   at the time of loss.

   (c) any equipment installed through our Teen Safe Driver™ program.



Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

However, we will pay only up to a total of $500 or the actual cash value of **your covered auto** or any **non-owned auto,** whichever is less, for all such equipment that is not installed by the original vehicle manufacturer or manufacturer's dealership.

(2) any other electronic equipment that is:

    (a) necessary for the normal operation of the auto or the monitoring of the auto's operating systems;

    (b) an integral part of the same unit housing any electronic equipment described in **7.a.** and permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto.**

8. Loss to:

    a. tapes, records, discs, or other media used with such equipment described in exclusion **(7.);** or

    b. any other accessories, not permanently installed used with such equipment described in exclusion **(7.).**

9. Loss to **your covered auto** or any **non-owned auto** due to destruction or confiscation by governmental or civil authorities because you or any **family member:**

    a. engaged in illegal activities; or

    b. failed to comply with Environmental Protection Agency or Department of Transportation standards.

This exclusion **(9.)** does not apply to the interests of Loss Payees in **your covered auto.**

10. Loss to a **camper body,** motorhome or **trailer** you own which is not shown in the Declarations. This exclusion **(10.)** does not apply to a **camper body,** motorhome or **trailer** you:

    a. acquire during the policy period; and

    b. ask us to insure within 30 days after you become the owner.

11. Loss to any **non-owned auto** when used by you or any **family member** without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted.

12. Loss to equipment, whether operational or not, whose design may be used for the detection or location of law enforcement equipment.

13. Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in the **business** of:

    a. selling;

    b. repairing;

    c. servicing;

    d. storing; or

    e. parking;

vehicles designed for use on public highways. This includes road testing and delivery.

14. Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in any **business** not described in exclusion 2. and 13. This exclusion **(14.)** does not apply to the maintenance or use by you or any **family member** of a **non-owned auto** which is a private passenger auto or **trailer.**

15. Loss to **your covered auto** or any **non-owned auto** while it is:

    a. operating on a surface designed or used for racing. This does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event;

    b. participating in a high performance driving or racing instruction course or school; or

    c. preparing for, practicing for, used in, or competing in any prearranged or organized:

        (1) race activity; or

        (2) speed, performance, stunt, or demolition contest or exhibition.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

16. Loss to, or loss of use of, a **non-owned auto** rented by:

    **a.**   you; or

    **b.**   any **family member;**

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **family member,** pursuant to the provisions of any applicable rental agreement or state law.

17. Loss to **your covered auto** or any **non-owned auto,** arising out of the actual, alleged or threatened presence, growth, proliferation or spread of **fungi,** dry rot or bacteria.

18. Loss to **your covered auto, non-owned auto,** or **trailer,** for **diminution in value.**

19. Loss in excess of $500 per claim or the actual cash value of **your covered auto** or any **non-owned auto,** whichever is less, for any furnishings or equipment that were not installed by the original vehicle manufacturer or manufacturer's dealership which mechanically or structurally changes your vehicle and results in increase in performance or change in appearance, including but not limited to:

    **a.**   custom murals, paintings or other decals or graphics;

    **b.**   custom wheels, tachometers, pressure and temperature gauges;

    **c.**   modified or custom engines and fuel systems, light bars, racing slicks and/or oversized tires, roll bars and lift kits, winches, utility boxes, and tool boxes; or

    **d.**   non-standard paint.

    This exclusion does not apply to equipment installed to make a vehicle handicap accessible.

20. Loss arising out of the use of **your covered auto** while leased or rented to others.

21. Loss to **your covered auto** or a **non-owned auto** caused by an intentional act by you or a **family member,** or at the direction of you or a **family member.** However, this exclusion does not apply to the ownership interest of a domestic violence victim.

**LIMIT OF LIABILITY**

**A.**  At our option, our limit of liability for loss will be the lowest of:

    **1.**   The actual cash value of the stolen or damaged property;

    **2.**   **a.**   The amount necessary to repair or replace the property;

        **b.**   Determination of the cost of repair or replacement will be based upon one of the following:

           **(1)**  the cost of repair or replacement agreed upon by you and us;

           **(2)**  a competitive bid approved by us; or

           **(3)**  an estimate written based upon the prevailing competitive price. You agree with us that we may include in the estimate parts furnished by the original vehicle manufacturer or parts from other sources including non-original equipment manufacturers. The prevailing competitive price means prices charged by a majority of the repair market in the area where the vehicle is to be repaired as determined by us; or

    **3.**   The limit of liability shown in the Declarations.

    However, the most we will pay for loss to any **non-owned auto,** which is a trailer, is $1,500.

**B.**  An adjustment for depreciation and physical Condition may be made based upon the physical condition and wear and tear of the property or damaged part of the property at the time of the loss. This adjustment for physical condition includes but is not limited to, broken, cracked or missing parts, rust, dents, scrapes, gouges and paint condition. When replacing parts normally subject to repair or replacement during the useful life of the vehicle, we will not pay for the amount of any betterment.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

    **1.**   You; or

    **2.**   The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

**NO BENEFIT TO BAILEE**

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a **non-owned auto** shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the **non-owned auto;**

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

**APPRAISAL**

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   a. to physical examinations by physicians we select. We will pay for these exams.

   b. to examination under oath and subscribe the same. We may examine any **insured** separately and apart from the presence of any other **insured.**

4. Authorize us to obtain:

   a. medical reports; and

   b. other pertinent records.

5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage or Underinsured Motorists Coverage must also:

1. Report the accident to the police or other civil authority within twenty-four (24) hours or as soon as practicable if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage for Damage to Your Auto must also:

1. Take reasonable steps after loss to protect **your covered auto** or any **non-owned auto** and its equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if **your covered auto** or any **non-owned auto** is stolen.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

3.   Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F — GENERAL PROVISIONS

**POLICY PERIOD AND TERRITORY**

**A.**   This policy applies only to accidents and losses which occur:

1.   During the policy period as shown in the Declarations; and

2.   Within the policy territory.

**B.**   The policy period is the period stated in the Declarations. The policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

**C.**   The policy territory is:

1.   The United States of America, its territories or possessions;

2.   Puerto Rico; or

3.   Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

**BANKRUPTCY**

Bankruptcy or insolvency of the **insured** shall not relieve us of any obligations under this policy.

**CHANGES**

**A.**   This policy, your Declarations page and endorsements issued by us to this policy contain all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.**   The premium for the policy is based on information we have received from you or other sources. You agree to cooperate with us in determining if this information is correct and complete and you will notify us if it changes. If this information is incorrect, incomplete, or changes, we will adjust your premium during the policy term or take other appropriate action based upon the corrected, completed or changed information. Changes during the policy term that will result in a premium increase or decrease during the policy term include, but are not limited to, changes in:

1.   The number, type or use classification of insured vehicles.

2.   Operators using insured vehicles including newly licensed **family member** drivers and any household members that have licenses.

3.   The location where your vehicle is principally garaged.

4.   Customized equipment or parts.

You also agree to disclose all licensed drivers residing in your household.

**C.**   If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1.   A subsequent edition of your policy; or

2.   An Amendatory Endorsement.

**D.**   Additional or return premium of $3.00 or less resulting from policy changes will be waived.

**PAYMENT OF PREMIUM**

If your initial premium payment is by check, draft or any remittance other than cash, coverage under this policy is conditioned upon the check, draft or remittance being honored upon presentment to the bank or other financial institution. If the check, draft or remittance is not honored upon presentment, this policy may, at our option, be deemed void from its inception. This means that we will not be liable under this

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

policy for any claims or damages which would otherwise be covered if the check, draft, or remittance had been honored upon presentment.

**FRAUD**

This policy was issued in reliance upon the information provided on your application. We may void this policy if you or an **insured** have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, at the time application was made or any time during the policy period.

We may void this policy or deny coverage for an accident or loss if you or an **insured** have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

This provision applies only in excess of the minimum limits required under the Missouri Motor Vehicle Financial Responsibility law for third parties legally entitled to recover damages under Part A — Liability Coverage of the policy.

**LEGAL ACTION AGAINST US**

A.   No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A — Liability Coverage no legal action may be brought against us until:

    **1.**   We agree in writing that the **insured** has a legal obligation to pay damages; or

    **2.**   The amount of that obligation has been finally determined by judgment after trial.

B.   No person or organization has any right under this policy to bring us into any action to determine the legal liability of an **insured**.

**OUR RIGHT TO RECOVER PAYMENT**

A.   If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another person, entity or organization we shall be subrogated to that right. That person shall:

    **1.**   Do whatever is necessary to enable us to exercise our rights; and

    **2.**   Do nothing after loss to prejudice them.

    However, our rights in this paragraph (**A.**) do not apply under:

    **1.**   Part D — Coverage for Damage to Your Auto against any person using **your covered auto** with your express or implied permission or other person having lawful possession and is not using a vehicle beyond the scope of the permission granted.

    **2.**   Part B — Medical Payments Coverage of this policy.

B.   If we make a payment under this policy and the Person to or for whom payment is made recovers damages from another, that person shall:

    **1.**   Hold in trust for us the proceeds of the recovery; and

    **2.**   Reimburse us to the extent of our payment.

C.   **1.**   Our rights do not apply under paragraph **A.** with respect to Underinsured Motorists Coverage if:

        **a.**   We have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle; and**

        **b.**   We fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

    **2.**   If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

        **a.**   That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

        **b.**   We also have a right to recover the advanced payment.

**TERMINATION**

A.   **Cancellation.** This policy may be canceled during the policy period as follows:

    **1.**   The named insured shown in the Declarations may cancel by:

        **a.**   returning this policy to us; or

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

    **b.**    giving us advance written or verbal notice of the date cancellation is to take effect. We may waive the requirement the notice be in writing by confirming the date and time of cancellation to you in writing.

  **2.**    We may cancel by mailing to the named insured shown in the Declarations at the address last known to us:

    **a.**    at least 10 days notice:

      **(1)**    if cancellation is for nonpayment of premium; or

      **(2)**    if notice is mailed during the first 60 days this policy is in effect and this is not a renewal policy; or

    **b.**    at least 30 days notice by United States Post Office certificate of mailing in all other cases.

  **3.**    After this policy is in effect for 60 days, or if this is a renewal policy, we will cancel only:

    **a.**    for nonpayment of premium; or

    **b.**    if your driver's license has been suspended or revoked during the policy period.

       However, in the event more than one person is a named insured shown in the Declarations and only one named person's driver's license has been suspended or revoked we:

      **(1)**    may not cancel this policy; but

      **(2)**    may issue an exclusion providing that coverage will not be afforded to that named person under the terms of this policy while that person is operating **your covered auto** during any period of suspension or revocation.

**B.**    **Nonrenewal.** If we decide not to renew this policy, we will mail notice by United States Post Office certificate of mailing to the named insured shown in the Declarations at the address last known to us in this policy. Notice will be mailed at least 30 days before the end of the policy period.

**C.**    **Automatic Termination.** If we offer to renew and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

     Coverage for **your covered auto** shall automatically terminate on the effective date of any other motor vehicle insurance policy covering that vehicle.

**D.**    **Other Termination Provisions.**

  **1.**    If the law in effect in your state at the time this policy is issued or renewed:

    **a.**    requires a longer notice period;

    **b.**    requires a special form of or procedure for giving notice; or

    **c.**    modifies any of the stated termination reasons;

     we will comply with those requirements.

  **2.**    Proof of mailing of any notice shall be sufficient proof of notice.

  **3.**    If this policy is canceled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

  **4.**    The effective date of cancellation stated in the notice shall become the end of the policy period.

## TRANSFER OF YOUR INTEREST IN THIS POLICY

**A.**    Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

  **1.**    The surviving spouse, civil partner or **domestic partner** if resident in the same household at the time of death. Coverage applies to the spouse, civil partner or **domestic partner** as if a named insured shown in the Declarations; and

  **2.**    The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto.**

**B.**    Coverage will only be provided until the end of the policy period.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

**TWO OR MORE AUTOS INSURED; TWO OR MORE AUTO POLICIES**

If this policy insures two or more autos or if any other auto insurance policy issued to you by us applies to the same accident, the maximum limit of our liability shall not exceed the highest limit applicable to any one auto. In no event shall the limit of liability of two or more motor vehicles or two or more policies be added together, combined, or stacked to determine the limit of insurance coverage available to you or any **insured**.

1.   This provision does not apply to Uninsured Motorists Coverage.

2.   No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

**LOSS PAYABLE CLAUSE**

As to the interest of the loss payee, this policy will remain in effect from the inception date and until ten days after proof of mailing that the cancellation notice has been mailed to the loss payee. When we pay the loss payee we shall, to the extent of payment, have the loss payee's rights of recovery.

Where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of any **insured**, or where the loss is otherwise not covered under the terms of the policy, the loss payee or lienholder's interest will not be protected.

**STORAGE COSTS**

If you give us your consent, we may move the damaged property, at our expense, to reduce storage costs during the claims process. If you do not give us your consent, we will pay only the storage costs which would have resulted if we had moved the damaged property.

**NAMED DRIVER EXCLUSION**

If there is an excluded driver under this policy, then we will not provide coverage for any claim arising from an accident or loss involving a motor vehicle being operated by that excluded person. This includes any claim for damages made against you or any **family member** or any other person or organization that is vicariously liable for an accident arising out of the operation of a motor vehicle by the excluded driver. Only a member of your household may be excluded under this policy.

**MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association) the Association will pay claims covered under the Act if we become insolvent.

Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000. However, the Association will not pay an amount in excess of the applicable limit of liability of the policy from which a claim arises.

The claims covered by the Association are subject to the limitations of coverage provided by the Act. These limitations have no effect on the coverage we will provide under this policy.

---

## ADDITIONAL COVERAGES

**AGREEMENT: WE WILL PROVIDE THE INSURANCE DESCRIBED IN EACH OF THE FOLLOWING ADDITIONAL COVERAGES ONLY IF INDICATED IN THE DECLARATIONS.**

**UNDERINSURED MOTORISTS COVERAGE**

**INSURING AGREEMENT**

A.   We will pay compensatory damages which an **insured** is legally entitled to recover from the owner or operator of an **underinsured motor vehicle** because of **bodily injury**:

1.   Sustained by that **insured**; and

2.   Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

We will pay under this coverage only if **1.** or **2.** below applies:

1. The limits of liability under any applicable bodily injury liability bonds or policies have been exhausted by payment of judgments or settlements; or

2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:

   a. have been given prompt written notice of such tentative settlement; and

   b. advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

B. "**Insured**" as used in this coverage means:

   1. You or any **family member.**

   2. Any other person **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

   3. Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in 1. or 2. above.

C. "**Underinsured motor vehicle**" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for **bodily injury** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle or equipment:

   1. To which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Missouri financial responsibility law.

   2. Owned by or furnished or available for the regular use of you or any **family member.**

   3. Owned by any governmental unit or agency.

   4. Operated on rails or crawler treads.

   5. Designed mainly for use off public roads while not upon public roads.

   6. While located for use as a residence or premises.

   7. Owned or operated by a person qualifying as a self-insurer under any applicable motor vehicle law.

   8. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

      a. Denies coverage; or

      b. Is or becomes insolvent.

**EXCLUSIONS**

A. We do not provide Underinsured Motorists Coverage for **bodily injury** sustained:

   1. By an **insured** while **occupying,** or when struck by, any motor vehicle owned by that **insured** which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

   2. By any **family member** while **occupying,** or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Underinsured Motorists Coverage for **bodily injury** sustained by any **insured:**

   1. If that **insured** or the legal representative settles the **bodily injury** claim without our consent.

   2. While **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion (**B.2.**) does not apply to a share-the-expense car pool.

   3. While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business.**

   4. While using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to you or any **family member** using **your covered auto.**

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

    **5.**    While using any vehicle while it is:

        **a.**    operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

        **b.**    participating in a high performance driving or racing instruction course or school; or

        **c.**    preparing for, practicing for, used in, or competing in any prearranged or organized:

            **(1)**    race activity; or

            **(2)**    speed, performance, stunt, or demolition contest or exhibition.

**C.**    This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

    **1.**    Workers compensation law; or

    **2.**    Disability benefits law.

**D.**    We do not provide Underinsured Motorists Coverage for **punitive or exemplary damages.**

**LIMIT OF LIABILITY**

**A.**    The limit of liability shown in the Declarations for "each person" for Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one accident.

    Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for Underinsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one accident.

    This is the most we will pay regardless of the number of:

    **1.**    **Insureds;**

    **2.**    Claims made;

    **3.**    Vehicles or premiums shown in the Declarations; or

    **4.**    Vehicles involved in the accident.

    If more than one vehicle is insured under this policy, or if more than one policy issued to the **insured** applies to the same accident, the limits applicable to Underinsured Motorists Coverage may not be stacked.

**B.**    If Combined Single Limit Underinsured Motorists Coverage applies Paragraph **A.** is replaced by the following:

    The limit of liability shown in the Declarations for Underinsured Motorists Coverage is our maximum limit of liability for all damages because of **bodily injury** resulting from any one accident. This is the most we will pay regardless of the number of:

    **1.**    **Insureds;**

    **2.**    Claims made;

    **3.**    Vehicles or premiums shown in the Declarations; or

    **4.**    Vehicles involved in the accident.

    If more than one vehicle is insured under this policy, or if more than one policy issued to the **insured** applies to the same accident, the limits applicable to Underinsured Motorists Coverage may not be stacked.

**C.**    No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A** — Liability Coverage, Part **B** — Medical Payments Coverage or Part **C** — Uninsured Motorists Coverage of this policy.

**D.**    We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**E.**    A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer.**

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

**F.**   We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

  **1.**   Workers compensation law; or

  **2.**   Disability benefits law.

**OTHER INSURANCE**

If there is other applicable underinsured motorist insurance available under one or more policies or provisions of coverage:

  **1.**   Any recovery for damages under all such policies or provisions of underinsured motorist coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing underinsured motorist coverage on either a primary or excess basis.

  **2.**   Any underinsured motorist insurance we provide with respect to a vehicle you do not own shall be excess over any collectible underinsured motorist insurance providing coverage on a primary basis. However, the maximum limit of our liability shall not exceed the highest limit applicable to any one auto.

  **3.**   If the underinsured motorist coverage under this policy is provided:

   **a.**   On a primary basis, we will pay only our share of the loss that must be paid under insurance providing underinsured motorist coverage on a primary basis. Our share is the proportion that our underinsured motorist limit of liability bears to the total of all applicable underinsured motorist limits of liability for coverage provided on a primary basis.

   **b.**   On an excess basis, we will pay only our share of the loss that must be paid under underinsured motorists insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability for underinsured motorists coverage bears to the total of all applicable limits of liability for underinsured motorist coverage provided on an excess basis.

**ADDITIONAL DUTIES**

A person seeking Underinsured Motorists Coverage must also promptly:

  **1.**   Send us copies of the legal papers if a suit is brought; and

  **2.**   Notify us in writing of a tentative settlement between the **Insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **Insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle.**

---

**ROADSIDE ASSISTANCE COVERAGE CALL 1-877-ROAD 101 (1-877-762-3101)**

**"Your covered auto"** as used in this endorsement means a private passenger vehicle, motor home or **trailer** owned by you and for which a specific premium is shown on the Declarations for this coverage.

The following coverages apply to each vehicle for which this coverage is shown on the Policy Declarations :

  **1.**   Each time **your covered auto** or any **non-owned auto** is disabled due to mechanical or electrical breakdown we will pay reasonable and necessary expenses for the use of an **authorized service provider** to tow or flatbed **your covered auto** or **non-owned auto** up to 15 miles or to the nearest qualified place where necessary repairs can be made during regular **business** hours.

  **2.**   Each time **your covered auto** or any **non-owned auto** is disabled requiring:

   **a.**   Towing to dislodge the vehicle from its place of disablement within 100 feet of a public street or highway; or

   **b.**   Labor, including change of tire, at the place of its breakdown; or

   **c.**   Delivery of fuel, oil, water or other fluids (we do not pay the costs of these items); or

   **d.**   Key lock-out services;

   we will cover up to one (1) hour of labor for the use of an **authorized service provider** for service at the place of disablement.

  **3.**   For policies with a 6 month policy term, coverage is limited to no more than two occurrences per vehicle plus an additional two occurrences per policy in a 6 month policy period for both coverages **1.** and **2.,** above.

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

4.  For policies with an annual policy term, coverage is limited to no more than four occurrences per vehicle plus an additional four occurrences per policy in a 12 month policy period for both coverages **1.** and **2.**

**Authorized service provider** means a service provider contracted by us providing, at no charge to you, roadside assistance as described and limited above.

When service is provided by other than an **authorized service provider,** we will reimburse you only for reasonable charges as determined by us.

No deductible applies to this coverage.

---

## LOSS OF USE COVERAGE

The provisions and exclusions that apply to Part **D** — Coverage for Damage to Your Auto also apply to this coverage except as changed below:

When there is a loss to any vehicle described in the Declarations for which a specific premium charge indicates that Loss of Use Coverage is afforded, we will reimburse you for expenses you incur to rent a substitute vehicle.

This coverage applies only if:

1.  The vehicle is withdrawn from use for more than 24 hours;

2.  The loss is caused by **collision,** or is covered by the Comprehensive Coverage of this policy; and

3.  The loss exceeds the appropriate **collision** or **comprehensive** deductible applying to the vehicle.

However, this coverage does not apply to losses caused by **collision** if Collision Coverage does not apply to the vehicle.

Our payment will be limited to that period of time reasonably required to repair or replace the vehicle. We will pay up to the amount per day and the maximum shown for Loss of Use in the Declarations.

No deductible applies to this coverage.

---

## FULL SAFETY GLASS COVERAGE

We will pay under Comprehensive Coverage for the cost of repairing or replacing damaged **safety equipment** on **your covered auto** without a deductible. We will pay only if:

1.  The Declarations indicates that Comprehensive Coverage applies; and

2.  A specific premium charge for Full Safety Glass Coverage is shown in the Declarations for **your covered auto.**

**"Safety equipment",** as used in this coverage means the:

1.  Glass used in the windshield, doors and windows of **your covered auto;** and

2.  Glass, plastic or other material used in the lights of **your covered auto.**

1530X

Electronically Filed - St Louis County - February 08, 2019 - 05:50 PM

This policy has been signed by our President and Secretary.



Timothy M. Sweeney
President

Dexter Legg
Vice President and Secretary

This policy includes copyrighted material of Insurance Services Office, Inc. with its permission.

SA-1701/EP 9/90
G17





1531